JS 44 (Rev 09/10)

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CIVIL COVER SHEET

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Western District of Missouri.

**The completed cover sheet must be saved as a pdf document and filed as an attachment to the Complaint or Notice of Removal.**

**Plaintiff(s):**
First Listed Plaintiff:
Missouri Coalition for the Environment Foundation ;
**County of Residence:** Outside This District

**Defendant(s):**
First Listed Defendant:
Administrator of the United States Environmental Protection Agency, Gina McCarthy ;
**County of Residence:** Outside This District

Additional Defendants(s):
United States Environmental Protection Agency ;

**County Where Claim For Relief Arose:** Camden County

**Plaintiff's Attorney(s):**
Clinic Attorney, Elizabeth J. Hubertz ( Missouri Coalition for the Environment Foundation)
Interdisciplinary Environmental Clinic, Washington University School of Law
One Brookings Drive, Campus Box 1120
St. Louis, Missouri 63130
**Phone:** 314-935-8760
**Fax:** 314-935-5171
**Email:** ejhubertz@wustl.edu

**Defendant's Attorney(s):**

**Basis of Jurisdiction:** 2. U.S. Government Defendant

**Citizenship of Principal Parties** (Diversity Cases Only)
    **Plaintiff:** N/A
    **Defendant:** N/A

**Origin:** 1. Original Proceeding

**Nature of Suit:** 893 Environmental Matters
**Cause of Action:** Clean Water Act, 33 U.S.C. §§ 1313(c)(3), (c)(4)(A), 1313(c)

Case 2:16-cv-04069-NKL   Document 1-1   Filed 02/24/16   Page 1 of 2

## Requested in Complaint

**Class Action:** Not filed as a Class Action

**Monetary Demand (in Thousands):**

**Jury Demand:** No

**Related Cases:** Is NOT a refiling of a previously dismissed action

---

**Signature:** Elizabeth J. Hubertz

**Date:** 02-24-2016

If any of this information is incorrect, please close this window and go back to the Civil Cover Sheet Input form to make the correction and generate the updated JS44. Once corrected, print this form, sign and date it, and submit it with your new civil action.