IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

_____
                                                    )
MISSOURI COALITION FOR THE                          )
ENVIRONMENT FOUNDATION,                             )
                                                    )
          Plaintiff,                              )
                                                    )
          v.                                       )    Case No. 2:16-cv-4069-NKL
                                                    )
GINA McCARTHY and THE UNITED                        )
STATES ENVIRONMENTAL                                )
PROTECTION AGENCY                                   )
                                                    )
          Defendants.                             )
_____ )

## DEFENDANTS' RESPONSE TO MOTION TO INTERVENE

      Defendants, the United States Environmental Protection Agency and Administrator Gina McCarthy (collectively "EPA"), hereby inform the Court that EPA takes no position on the motion of the Association of Missouri Cleanwater Agencies, the Missouri Municipal League, and the Missouri Public Utility Alliance ("Intervenors") to intervene in this action. In the event the Motion is granted, EPA reserves its right to: (a) address (and object to, if necessary) the manner and extent to which Intervenors may participate in the various facets of this litigation; and (b) in the event the United States is ordered to pay costs or attorneys' fees, to object to paying any costs or attorney fees incurred by Intervenors and to further object to paying any costs or attorney fees to Plaintiff which are or may be attributable to the participation of Intervenors in this action.

      Respectfully submitted,

Date: April 29, 2016                        JOHN C. CRUDEN
                                             United States Department of Justice
OF COUNSEL:                         Assistant Attorney General

DAVID COZAD
Regional Counsel
U.S. Environmental Protection Agency
Region 7
11201 Renner Blvd.
Mail Code: CNSLWATR
Lenexa, KS  66219
913-551-7587
cozad.david@epa.gov

MELISSA BAGLEY
Assistant Regional Counsel
U.S. Environmental Protection Agency
Region 7
11201 Renner Blvd.
Mail Code: CNSLWATR
Lenexa, KS  66219
913-551-7522
bagley.melissa@epa.gov

HEIDI NALVEN
U.S. Environmental Protection Agency
Office of General Counsel
Water Law Office
William Jefferson Clinton Bldg.
1200 Pennsylvania Ave., NW
Mail Code: 2355A
Washington, DC 20460
202-564-3189
nalven.heidi@epa.gov

Environment and Natural Resources Division

/s/ *Perry M. Rosen*
PERRY M. ROSEN
United States Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, D.C.  20044
Telephone:  202-353-7792
Fax. No.:  202-514-8865
perry.rosen@usdoj.gov

TAMMY DICKINSON
United States Attorney
Western District of Missouri

CHARLES THOMAS
Assistant United States Attorney
Courthouse, Room 5510
400 E. 9th Street
Kansas City, MO 64106
Telephone: 816-426-6558
Fax: 816-426-4210
charles.thomas@usdoj.gov
Counsel for Defendants

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that Defendants' Response to the Motion to Intervene was filed electronically with the Clerk of the Court using the Electronic Court Filing System, which sends notification of such filing to the Counsel of Record in the above-captioned action.

Date:  April 29, 2016                                               /s/ *Perry M. Rosen*
                                                                                 PERRY M. ROSEN